

Ransom & Ransom, for appellant; Robert C. Ransom, of counsel; Nicholson & Nisen, for appellee; John R. Nicholson, and David V. Flynn, of counsel. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full. Opinion filed February 2, 1953; rehearing denied February 20, 1953; released for publication February 20, 1953.

Chicago Macaroni Company, Inc., Appellant, v. Anthony V. Monardo and Bennie Monardo, Trading as Monardo Brothers, Appellees.

Gen. No. 45,834.

Edward I.

Ellman, and Walter E. Moss, for appellant; John A. Filpi, for appellees. Opinion by Presiding Justice Friend. Not to be published in full. Opinion filed February 2, 1953; released for publication February 20, 1953.

## Edna Fink, Appellant, v. Benjamin I. Simpson et al., Appellees.

### Gen. No. 45,938.

Bernard Allen Fried, for appellant; Joseph V. Murphy, for appellees; Stephen J. Sullivan, of counsel. Opinion by Justice Burke. Not to be published in full. Opinion filed February 2, 1953; released for publication February 20, 1953.

## Margaret Klimas, Appellee, v. Beatrice Klimas, Celia Wizgird, John Doe and Mary Roe, Appellants.

### Gen. No. 45,882.